September 9, 1975.

M. P. No. 75-247. CITY OF PAWTUCKET *v.* COUNCIL #70, AFSCME, AFL-CIO, LOCAL 1012, AND ITS OFFICERS: JAMES MATLEY, *President;* ROGER VIENS, *Vice-President;* FRANK MACUGA, *Treasurer;* JOANNE WATERS, *Secretary;* AND THE MUNICIPAL EMPLOYEES OF THE CITY OF PAWTUCKET INDIVIDUALLY AND COLLECTIVELY. An examination of the Superior Court record fails to disclose the entry of a judgment finding wilful defiance of the Order of that Court of July 11, 1975. The defendants' appeals and their application for a stay are therefore not properly before the Court. See Super. R. Civ. P. 58. *Moses Kando,* for plaintiff. *Lynch, Walsh and Cobleigh, Gerard Cobleigh,* for defendants.

M. P. No. 75-249. JOSEPH L. JACINTO *et al. v.* JOHN M. CASEY *et al.* It appearing from the record that the trial justice in issuing a preliminary injunction against the defendants apparently failed to comply with the mandate of Super. R. Civ. P. 65(a), and thereby denied the defendants an effective opportunity to present relevant evidence, the defendants' motion for a stay pending appeal is granted. *Marshall Durbin Farms, Inc.* v. *National Farmers Organization, Inc.,* 446 F.2d 353 (5th Cir. 1971); *Sims* v. *Greene,* 161 F.2d 87 (3d Cir. 1947); 1 Kent, *R. I. Civ. Prac.* §65.3 (1969). *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso,* for defendants.